IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Kelly Randall Milam and Stephanie Ann Milam          CASE NO:     5:05-bk-40150 T

Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR EXCEEDING FIVE YEARS

    Before the court is the Motion to Dismiss filed by the Trustee on October 12, 2010 for the reason that the debtors' plan cannot be completed within a period of sixty months. The motion was set for hearing on January 05, 2011. Appearing were Dickerson Law Firm for the debtors and Lonnie L. Grimes for the Trustee. The Court finds that the debtors' plan was confirmed on June 27, 2006 and that the plan will not be completed within sixty months from its effective date as required by 11 U.S.C. § 1322(c).

    IT IS ORDERED that the Trustee's Motion to Dismiss is granted. The debtors' case is dismissed without prejudice.

Date: 01/06/2011                                    /s/ Richard D. Taylor

                                                                                             Richard D. Taylor
                                                                                            U.S. Bankruptcy Judge

cc:  Jack W Gooding, Trustee

     Dickerson Law Firm (Ach)
     P O Box 8567
     Pine Bluff, AR  71611

     Kelly Randall Milam and Stephanie Ann Milam
     315 Grant 229040
     Poyen, AR  72128

GO11-10(a)